UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ABEL SORIANO-MACLIN,

           Petitioner,

   v.

NATHALIE R. ASHER, et al.,

           Respondents.

Case No. C14-209 JCC-BAT

**REPORT AND RECOMMENDATION**

Petitioner is a citizen of Honduras, who is currently being detained without bond at the Northwest Detention Center in Tacoma. Dkt. 1 at ¶ 2.1. Through counsel, petitioner filed a habeas corpus petition pursuant to 28 U.S.C. § 2241, asking the Court to direct the Tacoma Immigration Court to provide him with a new bond redetermination hearing or to release him. *Id.* at 11-12. Along with his habeas petition, petitioner filed a motion for preliminary injunction. Dkt. 2. The Court directed that respondents be served and that respondents file a return as provided in 28 U.S.C. § 2243, explaining why the Court should not grant the petition. Dkt. 3.

In lieu of respondents filing a return, the parties have filed a joint stipulation that petitioner will be given a bond hearing before an immigration judge under 8 U.S.C. § 1226(a). Dkt. 10 at 1. The parties ask the Court to issue an order instructing the Executive Office for Immigration Review ("EOIR") to hold the bond hearing under § 1226(a) no later than thirty (30)

REPORT AND RECOMMENDATION- 1

days from entry of the Court's order. *Id.* The parties further stipulate that upon the Court's order to hold the bond hearing, this action should be voluntarily dismissed. *Id.*

Based on the parties' stipulation, the Court recommends entering an Order (1) directing EOIR to hold a bond hearing for petitioner pursuant to 8 U.S.C. § 1226(a), no later than thirty (30) days from the entry of the Order; (2) denying as moot the pending motion for preliminary injunction, Dkt. 2; and (3) voluntarily dismissing this action. A proposed order accompanies this Report and Recommendation.

The Clerk should note the matter for March 6, 2014, as ready for the District Judge's consideration.

DATED this 6th day of March, 2014.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

REPORT AND RECOMMENDATION- 2