THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ABEL SORIANO-MACLIN,<br><br>Plaintiff,<br><br>v.<br><br>NATHALIE R. ASHER, et al.,<br><br>Defendants. | CASE NO. C14-0209-JCC<br><br>ORDER |

Having reviewed the parties' joint stipulation (Dkt. No. 10), the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge (Dkt. No. 12), and the balance of the record, the Court finds and ORDERS as follows:

1. The Court ADOPTS the Report and Recommendation.
2. The Executive Office for Immigration Review shall hold the bond hearing for petitioner pursuant to 8 U.S.C. § 1226(a) no later than thirty (30) days from the date of this Order.
3. Plaintiff's motion for preliminary injunction (Dkt. No. 2) is DENIED as moot.
4. The action is voluntarily DISMISSED.
5. The Clerk is respectfully directed to send a copy of this Order to the parties and to Judge Tsuchida.

//

1    DATED this 12th day of March, 2014.

                                                          John C. Coughenour
                                                          UNITED STATES DISTRICT JUDGE

ORDER
PAGE - 2